IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Samuel Lomack, Jr., :

    Plaintiff, :

  v. : Case No. 2:09-cv-00395

Michael J. Astrue, : JUDGE GRAHAM
Commissioner of Social Security,
:
    Defendant.

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 8, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is SUSTAINED to the extent that this case is REMANDED to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four. The Clerk shall enter judgment to that effect.

                                              s/James L. Graham
                                              JAMES L. GRAHAM
                                              United States District Judge